RYAN H. CROSNER, CA Bar No. 278418
ryan.crosner@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

BRIANA LABRIOLA, CA Bar No. 293548
briana.labriola@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

Attorneys for Defendants
TRICOLOR AUTO GROUP, LLC;
TRICOLOR CALIFORNIA AUTO GROUP, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CROSS, an individual, on behalf of himself and on behalf of other persons similarly situated and aggrieved,<br><br>Plaintiff,<br><br>v.<br><br>TRICOLOR AUTO GROUP, LLC, a Delaware Corporation; TRICOLOR CALIFORNIA AUTO GROUP, LLC, a Delaware corporation; and DOES 1 TO 50, inclusive,<br><br>Defendants. | Case No. 1:22-CV-00857<br><br>**DECLARATION OF BRIANA LABRIOLA IN SUPPORT OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**<br><br>[*Filed concurrently with Notice of Removal, Civil Cover Sheet, Certification of Interested Parties and Disclosure Statement; Declarations of Timothy Fox and Jerry Kollar in Support of Removal*]<br><br>Complaint Filed: August 8, 2022<br>Trial Date: None Set<br>District Judge: TBD<br>Magistrate Judge: TBD |

## DECLARATION OF BRIANA LABRIOLA

I, Briana LaBriola, declare and state as follows:

1. I am an attorney licensed to practice law before all courts of the State of California. I am an attorney at the law firm Ogletree, Deakins, Nash, Smoak and Stewart, P.C., counsel for Defendants TRICOLOR AUTO GROUP, LLC and TRICOLOR CALIFORNIA AUTO GROUP, LLC ("Defendants"). I make this declaration in support of Defendants' Removal of Civil Action to United States District Court Pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453 ("Notice of Removal"). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. Defendants provided my office with copies of documents that plaintiff Thomas Cross ("Plaintiff") served on their agent for service of process on September 27, 2022, in the matter entitled *Thomas Cross, an individual, on behalf of himself and on behalf of other persons similarly situated and aggrieved, Plaintiff, v. TRICOLOR AUTO GROUP, LLC, a Delaware Corporation; TRICOLOR CALIFORNIA AUTO GROUP, LLC, a Delaware corporation; and DOES 1 TO 50, inclusive, Defendants*, which was assigned case number 34-2022-00325056. The material provided by my client included a service of process transmittal confirming that service was accomplished on September 27, 2022. A true and correct copy of the Complaint is attached as **Exhibit A** to Defendant's Notice of Removal.

3. True and correct copies of all other process, pleadings, and orders served on Defendant in the State Court Action are attached as **Exhibit B** to Defendants' Notice of Removal. Defendants have not been served with any pleadings, process, or orders besides those that are attached to the Notice of Removal.

///
///
///
///

4. Defendants sent my office payroll data and time punch data for active and former California non-exempt employees between August 8, 2021 and October 7, 2022 (the "Records"). I asked Timothy Fox of my firm to review the Records.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on this 27th day of October at Costa Mesa, California.

*Briana LaBriola*

———————————————
Briana LaBriola

## PROOF OF SERVICE
*Thomas Cross v. TRICOLOR Auto Group, LLC et al.*
Case No. 1:22-CV-00857

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On October 27, 2022, I served the following document(s):

**DECLARATION OF RYAN H. CROSNER IN SUPPORT OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 27, 2022, at Costa Mesa, California.

Nieka Caruthers-Dodson                                   *[signature]*
Type or Print Name                                        Signature

1
Case No. 1:22-CV-00857
DECLARATION OF BRIANA LABRIOLA IN SUPPORT OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

***SERVICE LIST***
*Thomas Cross v. TRICOLOR Auto Group, LLC et al.*
Case No. 1:22-CV-00857

| | |
|---|---|
| Matthew J. Matern<br>Joshua D. Boxer<br>Clare E. Moran<br>MATERN LAW GROUP, PC<br>1230 Rosecrans Avenue, Suite 200<br>Manhattan Beach, CA  90266<br>Telephone: 310.531.1900<br>mmatern@maternlawgroup.com<br>jboxer@maternlawgroup.com<br>cmoran@maternlawgroup.com | Attorneys for Plaintiff<br>Thomas Cross |